NOT FOR PUBLICATION

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| THE TRAVELERS INDEMNITY COMPANY OF AMERICA *as subrogee of Fort Lee EP, LLC* <br><br> Plaintiff, <br><br> v. <br><br> GARDEN WORKS *et al*, <br><br> Defendants. | Civil Action No.: 16-cv-3632 (JLL) <br><br> **ORDER** |

**LINARES**, District Judge.

   WHEREAS pending before the Court is a motion for default judgment as to Defendant Garden Works (ECF No. 13); and

   WHEREAS counsel for Garden Works entered an appearance on the record on October 31, 2016 (ECF No. 14); and

   WHEREAS on November 3, 2016, the Honorable Joseph A. Dickson held a Rule 16 conference with the parties in the above captioned matter, at which counsel for Garden Works was present; and

   WHEREAS at the November 3, 2016 status conference, Plaintiff's counsel agreed to withdraw the pending motion for default judgment (ECF No. 13),

   IT IS on this 3rd day of November, 2016

   **ORDERED** that the motion for default judgment (ECF No. 13) is hereby deemed WITHDRAWN.

   IT IS SO ORDERED.

/s/ Jose L. Linares
JOSE L. LINARES, U.S.D.J.